UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

J.A.H. ENTERPRISES, INC.

CIVIL ACTION

VERSUS

16-124-SDD-RLB

BLH EQUIPMENT, LLC. ET AL.

## RULING

The Court has carefully considered the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated August 31, 2016. Defendant has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, Defendant Sam Everett's *Motion to Dismiss*[4] and *Re-Urged Motion to Dismiss*[5] are denied.

Baton Rouge, Louisiana the 31 day of October, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 59.
[3] Rec. Doc. 61.
[4] Rec. Doc. 5.
[5] Rec. Doc. 33.