UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

J.A.H. ENTERPRISES, INC.

CIVIL ACTION

VERSUS

16-124-SDD-RLB

BLH EQUIPMENT, LLC, ET AL.

## RULING

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated October 24, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Defendant Nick Clark's *Motion to Dismiss for Lack of Personal Jurisdiction*[3] is granted, and the claims against Nick Clark are dismissed without prejudice.

Baton Rouge, Louisiana the 30 day of November, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 75.
[3] Rec. Doc. 56.